UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| Seung Ui KIM, | ) | No. 4:14-cv-02336-PJH |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~ ORDER] |
| | ) | REGARDING PARTIES' JOINT |
| v. | ) | REQUEST TO BE EXEMPTED |
| | ) | FROM FORMAL ADR PROCESS |
| Jeh JOHNSON, Secretary, United States Department of Homeland Security, *et al.*, | ) ) ) | Immigration Case |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court hereby GRANTS the parties' joint stipulation and the parties are hereby exempted from the Court's formal Alternative Dispute Resolution Procedures.

DATED: 8/4/14 _____

_____
Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

4:14-cv-02336-PJH
[PROPOSED ORDER] REGARDING PARTIES'
JOINT REQUEST TO BE EXEMPT
FROM FORMAL ADR PROCESS

1