UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SEUNG UI KIM,

    Plaintiff,

  v.

JEH JOHNSON, Secretary, United States Department of Homeland Security, *et al.*,

    Defendants.

No. 3:14-cv-02336-HSG

**ORDER: JOINT STIPULATION TO EXTEND DISCOVERY AND SCHEDULING ORDER**

The Court has reviewed the parties' joint stipulation, and PURSUANT TO STIPULATION, hereby GRANTS the parties' request. Discovery is extended to June 1, 2015. The hearing on dispositive motions is set for July 16, 2015.

DATED: May 4, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge